**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

TETRA TECH, INC.

        *Plaintiff,*

        v.

THE UNITED STATES,

        *Defendant.*

Case No. __26-1053 C__

Judge _____

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Appendix C, Section III of the Rules of the United States Court of Federal Claims ("RCFC"), Tetra Tech, Inc. ("Tetra Tech" or "Plaintiff"), by and through its undersigned counsel, hereby moves the Court for leave to file Plaintiff's Complaint under seal in this matter. In support of its Motion, Plaintiff states as follows:

1. This bid protest challenges the decision of the U.S. Department of the Army Corps of Engineers, Huntsville Center (the "Army" or the "Agency") decision to award a contract to Pond Constructors Inc. ("Pond") pursuant to Solicitation No. W912DY26RA017 (the "Solicitation") for the Army's Fuels Program to support the Defense Logistics Agency-Energy ("DLA") in support of the U.S. Air Force in the South Atlantic Division ("SAD-AF2") . As stated more fully in Tetra Tech's Complaint filed contemporaneously with this motion, the Army's evaluation of both Tetra Tech and Pond's proposals was arbitrary, capricious, and contrary to law.

2. Plaintiff's Complaint includes competitively sensitive confidential and proprietary information of Plaintiff. Plaintiff objects to the public release of its unredacted Complaint. In addition, the Administrative Record as well as subsequent pleadings, motions, and briefs in this matter are likely to include competitively sensitive confidential and proprietary information of

Plaintiff and Pond source selection information, and other sensitive information.

3. Additionally, Plaintiff's Complaint contains information covered by the protective order applicable to Tetra Tech's prior bid protest at the Government Accountability Office ("GAO"). *See Tetra Tech, Inc.*, B-424322.2, B-424322.4. Pursuant to Paragraph 8 of that protective order, Tetra Tech requests that the Court file this information under seal.

4. Good cause exists to grant this motion. Tetra Tech may not be able to prosecute this claim without using material the public disclosure of which would cause it competitive harm. Both the Government and the public have an interest in preventing the public release of source selection information and contractor bid and proposal information. Preventing public disclosure of such information strengthens the integrity of the federal procurement system and prevents offerors from gaining an unfair competitive advantage.

5. Because Tetra Tech's Complaint contains protected material. Tetra Tech will identify the protected material in the unredacted Complaint in a proposed redacted copy of the same, as RCFC Appendix C, Section III requires when protected material is present in a complaint. Tetra Tech objects to the public release of the redacted copy until the other parties have had an opportunity to review, per the procedures specified in paragraph 12 of the Court's sample protective order.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to Plaintiff to file Plaintiff's Complaint under seal in this matter.

Dated: July 23, 2026                    Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Holly A. Roth
Holly A. Roth
1650 Tysons Blvd, Suite 1700

2

Tysons, VA 22102
Phone: (703) 720-8576
Facsimile: (703) 720-8610
E-mail: holly.roth@hklaw.com

*Counsel for Tetra Tech, Inc.*

*Of Counsel*:

John M. McAdams III
Ben R. Smith
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8571 (McAdams)
      (703) 720-8584 (Smith)
E-mail: john.mcadams@hklaw.com (McAdams)
      ben.smith@hklaw.com (Smith)